# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 19, 2007

Clifford W. Taylor,
Chief Justice

133673

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MICHIGAN REHABILITATION CLINIC, INC.,
P.C., and DR. JAMES NIKOLOVSKI,
      Plaintiffs-Appellants,

v

AUTO CLUB GROUP INSURANCE COMPANY,
      Defendant-Appellee.

SC: 133673
COA: 263835
Oakland CC: 2003-047671-NF

_____/

      On order of the Court, the application for leave to appeal the January 4, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court prior to the completion of the proceedings ordered by the Court of Appeals.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 19, 2007

Clerk

p1016